IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT<br><br>vs.<br><br>CORRECTIONAL DENTAL ASSOCIATION;<br>MICHAEL KERNOSH; AL SABATO and<br>ROBERT CARTER | CIVIL ACTION NO. 15-cv-3230 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that this action has been amicably settled, and shall be dismissed with prejudice against all parties, without cost to any party, and each to bear its own attorneys' fees and costs.

DATED this _____3rd_____ day of December, 2015.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON**
**STAPLETON FIRES & NEWBY, LLP**
Counsel for Defendants
Correctional Dental Association;
Michael Kernosh; Al Sabato and
Robert Carter
2000 Market Street
13th Floor
Philadelphia, PA 19103

By: _____
Theresa D. Giamanco
Joseph Goldberg

**Charles Talbert**
*Pro Se* **Plaintiff**
#810247
Philadelphia Prison System
8301 State Road
Philadelphia, PA 19136

BY: _____
Charles Talbert